IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| BETTY FRANCES LEON | ) | CASE NO. 4-07-01057-EWH |
| | ) | |
| Debtor(s). | ) | **PETITION TO PAY DIVIDEND IN** |
| | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 2 | TUCSON ELECTRIC POWER<br>PO BOX 711<br>TUCSON, AZ 85702-0711 | $257.19 | $1.62 |
| 3 | Midnight Velvet<br>P O Box 740933<br>Dallas,Tx 75374 | $98.33 | $0.61 |
| 4 | Seventh Avenue<br>P O Box 740933<br>Dallas,Tx 75374 | $123.16 | $0.77 |
| 5 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $483.70 | $3.03 |
| 7 | Pima County Juvenile Court<br>Budget and Finance Dept.<br>2225 E. Ajo Way<br>Tucson, AZ 85713 | $750.00 | $4.70 |

Dated: March 19, 2010                            /s/ SJK_____
                                                 Stanley J. Kartchner, Trustee